IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) |
| Plaintiff, | ) |
| v. | ) 1:04CV787 ) ) |
| TRIAD CLINICAL LABORATORY, INC., | ) ) |
| Defendant. | ) |

## ORDER

The Court has reviewed the Consent Protective Order submitted by the parties and approves it without modification.

**IT IS SO ORDERED.**

_____
Wallace W. Dixon
United States Magistrate Judge

May 4, 2005