IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:04CV00787

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) ) v. ) ) TRIAD CLINICAL LABORATORY, INC. ) ) Defendant. ) ) | FINAL ORDER |

This matter is before the Court on a Stipulation of Dismissal filed by the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Additionally, the parties have submitted a Settlement Agreement for the Court's approval in this case. It appearing that all issues have been resolved by the parties, the Court HEREBY DISMISSES this matter with prejudice. Furthermore, it is HEREBY ORDERED that this Court shall have jurisdiction of this cause for purposes of monitoring compliance with the Settlement Agreement and entry of such further orders as may be necessary or appropriate, and this Court shall have jurisdiction over any action to enforce the Settlement Agreement filed herewith.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to counsel of record.

_____
UNITED STATES DISTRICT JUDGE

Date: 10-31-05